

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
08/07/2019

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 7 |
| KENT LINDUFF | § § | |
| | § | CASE NO. 19-20025 |
| *Debtor* | § § § | |

| | | |
|---|---|---|
| LISA ROBERTS | § § | Adversary Proceeding No. 19-02014 |
| v. | § § | |
| KENT LINDUFF, INDIVIDUALLY, AND KENT D. LINDUFF, AS TRUSTEE OF THE KENT D. LINDUFF & LINDA P. LINDUFF FAMILY TRUST | § § § § § | |

**<u>ORDER ON EMERGENCY MOTION TO WITHDRAW AS COUNSEL</u>**
(Docket No. 53)

On this date, the Court considered the Motion to Withdraw as Counsel of Hendershot, Cannon & Hisey, P.C.; Simon W. Hendershot, III; Katie Cowart; and Brooke E. Jones (collectively, "Movants"). The Court finds that:

1. Good cause exists for withdrawal of Movants as counsel of record for Kent Linduff;

2. The Court finds that no party incurs a detriment by allowance of this Motion;

3. The current deadlines and setting are as follows:

    - Scheduling Conference – August 16, 2019 at 9:45 a.m.;
    - Final Pretrial Conference – February 7, 2020 at 10:00 a.m.

The pending settings and deadlines in Case No. 19-02015 are as follows:[1]

---

[1] While Counsel notes that it does not represent Mr. Linduff in this matter, Counsel provides these dates to Mr. Linduff as a courtesy to both Mr. Linduff and the Court.

1

- Deadline to File Answer – August 14, 2019;[2]

- Scheduling Conference – August 16, 2019 at 10:30 a.m.;

- Final Pretrial Conference – February 21, 2020 at 10:00 a.m.

IT IS THEREFORE ORDERED that Hendershot, Cannon & Hisey, P.C.; Simon W. Hendershot, III; Katie Cowart; and Brooke E. Jones are withdrawn as counsel of record for Kent Linduff and ORDERED that all notices in this cause shall hereafter be served on Kent Linduff either in person or delivered by certified and first class mail. Kent Linduff's contact information as currently on file is:

Kent Linduff
kentbeach@outlook.com
155 Mustang Royale
Port Aransas, Texas 78375

IT IS THEREFORE ORDERED that Simon W. Hendershot, III and the law firm of Hendershot, Cannon & Hisey, P.C., Movants, immediately notify Kent Linduff in writing of any additional settings or deadlines of which Hendershot, Cannon & Hisey, P.C.; Simon W. Hendershot, III; Katie Cowart; and Brooke E. Jones now have knowledge and have not already notified Kent Linduff.

Signed:  August 06, 2019

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[2] Failure to file an answer in this matter will result in entry of a Default Judgment.