IN THE UNITED STATES BANKRUPTCY COURTFOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

KENT LINDUFF,   DEBTOR.   BANKRUPTCY NO.19-20025

CATHERINE S.CURTIS,CHAPTER 7TRUSTEE

In response to Plaintiffs Roberts Complaint

United States Courts
Southern District of Texas
FILED

AUG 12 2019

David J. Bradley, Clerk of Court

TO THE HONORABLE DAVID R.JONES,UNITED STATES CHIEF BANKRUPTCY JUDGE:

I am Kent Linduff Defendant acting as my own council.

The Linduff Family Trust (irrevocable) was created by my wife , Deceased July 27, 2018, for the purpose of our children and grandchildren on or about December 2012.

The Family Trust was not named in any litigation up to the time I filed for personal bankruptcy in 2019. I had received no directive or documents relating to not selling any property of the trust. I made my bankruptcy attorney aware of the pending sale of the Park Ridge property at the time of filing for personal bankruptcy. On advice of outside council I also was told The Trust was not a part of the personal bankruptcy.

The property was bought from Linda and I twenty years of equity in our homes we built up during our careers with American Airlines, Schering-Plough and British Tire and Rubber. We personally received no financial benefit from Ms. Roberts loans to the company. Opposing council argues tax returns by the CPA for ENDCO reflect distribution when in fact that line item was payroll and only one shareholder (sometimes more) were required in the shareholder field. Not all shareholders. Linda and I provided exhaustive personal banking records etc. reflecting none of Ms. Roberts loans were ever redirected to our personal accounts or for our personal use.

I left management of ENDCO in 2014. Rex Sprunger assumed the role of President at that time. In 2015 I relinquished all my shares and interest in ENDCO in a settlement between three ENDCO shareholders against Ed Simpson and myself. This settlement approved by the ENDCO Board of Directors included the sale of the ENDCO System to Chimmenti and Associates of California for Two Million Three Hundred Thousand Dollars. This was enough to pay all ENDCO debts at that time. Chimmenti and Associates paid One Million Three Hundred Thousand upon taking ownership of the ENDCO System with the remaining balance to be paid on or before December 2015. The system was transferred to American Fidelity Insurance Company and they have/had control of that ENDCO property. I filed for Chapter 13 on advice of attorney at the time of the shareholder litigation and settlement. I withdrew that bankruptcy as we settled that case. My filing for Chapter 13 then had nothing to do with Ms. Roberts. Chimmenti and Associates failed to make the last payment and that issue is being litigated by ENDCO majority shareholder, Dick Barkley, today. I am also named in the litigation but have no financial interest in any monies received from it.

At no time have I ever mislead or knowingly or willfully mislead Ms. Roberts and have acted in good faith all along. I left ENDCO with the knowledge Ms. Roberts and shareholders would all be reimbursed their money from the sale of the system. I still am confident the case against Chimmenti will be more than enough for ENDCO to pay all the debts. I am steadfast Ms. Roberts would be much better served joining the ENDCO litigation to recover her loans to the company.

I received no monies from the sale of the ENDCO system and have a clear conscious as all monies were to go to retiring all ENDCO debt and shareholders investments. Only Myself and Ed Simpson received no monies from the agreement. Further to this Linda nor I ever received, personally, any of the monies Lisa Bays loaned the company.

I have council, Trey Hendershot, however the Trustee has "frozen" his payment from me as assets coming from the sale of the Park Ridge Property. Fact is the monies were from Linda Linduff IRA I cashed upon her death. Twenty Nine Thousand Dollars. I deposited it in The Trust account and paid Mr. Hendershot from that account. I respectfully request that money be exempted so I can have council.

I strongly deny the claims brought by Plaintiffs.

Respectfully Submitted,

Kent Linduff pro se

Kent Linduff
155 Mustang Royale
Port Aransas, TX
78373

210-920-4861